[952 NE2d 1064, 929 NYS2d 71]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH R., Appellant.

Decided June 14, 2011

**APPEARANCES OF COUNSEL**

*O'Sullivan & Zacchea, PLLC*, Kew Gardens (*Daniel R. De-Marco* of counsel), for appellant.

*Thomas J. Spota, District Attorney*, Riverhead (*Thomas Constant* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, and case remitted to the Appellate Division, Second Department, with directions to dismiss the People's appeal to that court. No statute authorized the appeal by the People to the Appellate Division from the County Court judgment adjudicating defendant a youthful offender.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.